# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| PATRICIA ANN CONSTANTINO, | ) | CASE NO. 1:20cv767 |
| Plaintiff, | ) ) ) | |
| v. | ) ) | MAGISTRATE JUDGE JONATHAN D. GREENBERG |
| ANDREW SAUL,<br>Commissioner of Social Security, | ) ) ) ) | |
| Defendant. | ) | **JUDGMENT ENTRY** |

Consistent with the Memorandum Opinion and Order of this Court also filed on March 2, 2021, the Commissioner's final decision is AFFIRMED.

**IT IS SO ORDERED**.

s/ *Jonathan D. Greenberg*
U.S. Magistrate Judge

Date: March 2, 2021